In the Matter of the Judicial Settlement of the Account of Henry Bristow, Public Administrator, as Administrator, etc., of Robert E. Boyd, Deceased. Charles E. Teale, Public Administrator and Successor to Henry Bristow, Respondent, v. Louis Stoll, Appellant.— Motion to resettle order granted. Present — Woodward, Jenks, Hooker, Rich and Miller, JJ.

Margaret Murray, Respondent, v. New York City Railway Company, Appellant.— Motion granted, with costs. Present — Woodward, Jenks, Hooker, Rich and Miller, JJ.

Frank Paterno, Respondent, v. City of New York, Appellant. (Actions 1, 2, 3 and 5.)— Motions to dismiss appeals denied. Present — Woodward, Jenks, Hooker, Rich and Miller, JJ.

Theodore Punsky, Respondent, v. City of New York, Appellant. (Actions 1 and 2.) — Motions to dismiss appeals denied. Present — Woodward, Jenks, Hooker, Rich and Miller, JJ.

Annette Butler, Appellant, v. George S. Smith and Philo P. Safford, Respondents.— Motion denied. Present — Woodward, Jenks, Hooker, Rich and Miller, JJ.

Patrick Gibbons, Respondent, v. Snare & Triest Company, Appellant.— Appeal dismissed, with ten dollars costs and disbursements. Present — Woodward, Jenks, Hooker, Rich and Miller, JJ.

In the Matter of the Probate of the Last Will and Testament of Jane Ann Marlor, Deceased.— Order modified so as to provide for the submission of the questions to a jury. Present — Woodward, Jenks, Hooker, Rich and Miller, JJ. Settle order before Hirschberg, P. J.

In the Matter of the Application for the Removal from Office of William W. Whyard, a Justice of the Peace of the Town of Orangetown, Rockland County, N. Y.— Report of referee confirmed on the opinion of Hon. John J. Beattie, referee,* and respondent removed from the office of justice of the peace of the town of Orangetown, Rockland county, N. Y. Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ., concurred.

Florence E. Mayer, Respondent, v. Marian Davis and Others, Respondents, and Charles R. Davis, Appellant.— Motion for reargument granted and case set down for Monday, October 21, 1907. Present — Woodward, Jenks, Hooker, Rich and Miller, JJ.

Francis B. Taylor, as Receiver, etc., Respondent, v. Stephen N. Kreischer, Appellant.— Motion to open default granted on payment of ten dollars costs to the respondent, and cause to be noticed for argument at the next term of this court. Present — Woodward, Jenks, Hooker, Rich and Miller, JJ.

Anna Agresta, as Administratrix, etc., of Gaetano Agresta, Deceased, Appellant, v. William Stevenson and Alexander G. Carter, Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Hooker, Gaynor and Rich, JJ.

Hiram W. Betts, as Administrator, etc., of Emma J. Betts, Deceased, Appellant, v. Abraham Abrahams and Others, Respondents.— Judgment and order

* Reporter not furnished with opinion.— [REP.